UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHARDAN CAPITAL MARKETS LLC,
                Plaintiff,

                                                                     24 civ 3161 (JGK)

                -against-

QUANTAM VENTURES LLC,
                Defendants.
-----------------------------------------------------------------X

## ORDER

      The plaintiffs have filed a motion for preliminary injunction.

      The defendant shall serve and file papers in response to the motion by **May 12, 2024.**

The plaintiff shall serve and file reply papers by **May 26, 2024.**

      The plaintiff is directed to serve a copy of this order, along with the motion and supporting papers, on the defendant immediately upon receipt of this order.

**SO ORDERED.**

                                                                          **JOHN G. KOELTL**
                                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 29, 2024