**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

**CHARDAN CAPITAL MARKETS LLC,**

                **Plaintiff,**

     - against -

**QUANTUM VENTURES LLC,**

                **Defendant.**
_____

**24-cv-3161 (JGK)**

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for a telephone conference on **June 3, 2024,** at **2:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **May 29, 2024**

                                          <u>/s/ John G. Koeltl</u>
                                                 John G. Koeltl
                                United States District Judge