UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

CHARDAN CAPITAL MARKETS LLC,

              Plaintiff,

- against -

QUANTUM VENTURES LLC,

              Defendant.
───────────────────────────────────

24-cv-3161 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The telephone conference scheduled for July 11, 2024, at 4:00 p.m. is adjourned to **September 17, 2024, at 4:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           July 8, 2024

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                  **United States District Judge**