# Katten

50 Rockefeller Plaza
New York, NY 10020-1605
+1.212.940.8800 tel
katten.com

DAVID L. GOLDBERG
david.goldberg@katten.com
+1.212.940.6787 direct
+1.212.940.8776 fax

*VIA ECF*
October 25, 2024

Hon. John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Chardan Capital Markets LLC v. Quantum Ventures LLC*
       Case No. 1:24-cv-03161-JGK

Dear Judge Koeltl:

Plaintiff Chardan Capital Markets LLC and Defendant Quantum Ventures LLC hereby inform the Court that the parties have reached a resolution and this matter is settled. The parties respectfully request that the status conference scheduled to be held on October 28, 2024 at 4:30 PM (ECF No. 23) be adjourned for a period of 14 days to allow the parties to file a dismissal entry.

Sincerely,

/s/   David L. Goldberg
David L. Goldberg
*Attorney for Plaintiff*


/s/   David A. Landman
David A. Landman
*Attorney for Defendant*

The conference today is cancelled. The Court will issue a 30 day order.

SO Ordered.
John G. Koeltl
10/28/24  U.S.D.J.

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY   CHARLOTTE   CHICAGO   DALLAS
NEW YORK   ORANGE COUNTY   SHANGHAI   WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP